7-14-17

Dear Clerk of Court:

I have no idea how to file this. I have a copy of all the motions given to the court which states exact facts as well as laws. If these are needed I will send them. Also, my friend in Berkeley California will send you the filing fee.

Do I get an attorney appointed to me?

Thank you for your time

Respectfully

Kirk Swearengen

RECEIVED
JUL 19 2017
CLERK OF DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

**PETITION UNDER 28 USC § 2254 FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY**

| United States District Court | District Iowa District Court for Jasper County 5th |
|---|---|

Name (under which you were convicted): KIRK ALAN SWEARINGEN
Prisoner No. 6372502
Case No. FECR008097 / 8097

Place of Confinement: IDOC Newton Correctional Facility

Name of Petitioner (include name under which convicted): Kirk Alan Swearingen

Name of Respondent (authorized person having custody of petitioner): v. IA. Dist Court for Jasper Co. 5th dist. (IDOC) State of Iowa

Attorney General of the State of: _____

## PETITION

1. (a) Name and location of court that entered the judgment of conviction you are challenging: Iowa Dist. Court Jasper Co. 5th Dist.
   (b) Criminal docket or case number (if you know): FECR008097

2. (a) Date of judgment of conviction (if you know):
   (b) Date of sentencing:

3. Length of sentence: 2 10 year Sentences - 20 years total

4. In this case, were you convicted on more than one count or of more than one crime? Yes ☒ No ☐

5. Identify all crimes of which you were convicted and sentenced in this case: 3rd degree Sexual Abuse

6. (a) What was your plea? (Check one)
   (1) Not guilty ☐
   (2) Guilty ☒   Alfort Plea
   (3) Nolo contendere ☐
   (4) Insanity plea ☐

   (b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty tto?

   (c) If you went to trial, what kind of trial did you have? (Check one)
      Jury ☐   Judge Only ☐

7. Did you testify at a pretrial hearing, trial, or a post-trial hearing?
   Yes ☐   No ☒

8. Did you appeal from the judgment of conviction?
   Yes ☐   No ☒

9. If you did appeal, answer the following:

   a) Name of court:

   b) Docket or case number (if you know):

   c) Result:

**RECEIVED**

JUL 19 2017

CLERK OF DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

2

d) Date of result (if you know):

e) Citation to the case (if you know):

f) Grounds raised:

g) Did you seek further review by a higher state court? Yes ☐ No ☐

   If yes, answer the following:

   (1) Name of court:

   (2) Docket or case number (if you know):

   (3) Result:

   (4) Date of result (if you know):

   (5) Citation to the case (if you know):

   (6) Grounds raised:

h) Did you file a petition of certiorari in the United States Supreme Court? Yes ☐ No ☐

   If yes, answer the following:

   (1) Docket or case number (if you know):

   (2) Result:

   (3) Date of result (if you know):

   (4) Citation to the case (if you know):

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?

    Yes ☒   No ☐

11. If your answer to Question 10 was "yes" give the following information:

    (a) (1) Name of court  Iowa District Court Jasper County

        (2) Docket or case number (if you know):

        (3) Date of filing (if you know):  April 10 2008

        (4) Nature of the proceeding:  Motion to Dismiss

        (5) Grounds Raised:  Speedy trial Violation

        (6) Did you receive a hearing where evidence was given on your petition, application, or motion? Yes ☒ No ☐

        (7) Result:  Ruling Denying Motion to Dismiss

        (8) Date of result (if you know):  June 23 2008

    (b) If you filed any second petition, application, or motion, give the same information:

        (1) Name of court  Iowa District Court for Jasper County

3

## Grounds

2 complaints were filed against me on Sept 13, 2001. A warrent was issued the same day. On April 22, 2003 there was a calenzer entry the case be dismissed unless the State showed good cause why it should not be dismissed. On May 27, 2003 the State filed a Response to proposed Sue Parte Administrate Actions by the Court re Outstanding Warrent of Arrest in which the State related there was was a federal Warrent outstanding for the FBI to Arrest me on Iowa's Warrents. On June 14, 2007 the State Aknowledged my being held in Salt Lake City Utah for Iowa.

On November 28 2007 I filed a motion for a Speedy trial in Jasper County Iowa. No Actions other than Application for appointing An Attorney in November 2007 had taken place in Jasper County. A trial information or indictment was never found or filed against me. I never waived my right to a speedy trial. I do not have to bring myself to trial. The primary duty to bring cases to trial is on the courts and the prosecutors. I was under the understanding that all of my legal remedies regarding the Motions to dismiss were exhausted until last month when I learned my rights still existed and can be challenged.

(2) Docket or case number (if you know): FECR008097

(3) Date of filing (if you know): Oct 31 2008

(4) Nature of the proceeding: Motion to Reconsider Motion to Dismiss

(5) Grounds Raised: Evidence showed Actual Arrest in 2006, Iowa did in fact violate my speedy trial rights

(6) Did you receive a hearing where evidence was given on your petition, application, or motion? Yes ☐ No ☐

(7) Result: Denied

(8) Date of result (if you know): Nov 12 2008

(c) If you filed any third petition, application, or motion, give the same information:

(1) Name of court

(2) Docket or case number (if you know):

(3) Date of filing (if you know):

(4) Nature of the proceeding:

(5) Grounds Raised:

(6) Did you receive a hearing where evidence was given on your petition, application, or motion? Yes ☐ No ☐

(7) Result:

(8) Date of result (if you know):

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

(1) First petition    Yes ☐    No ☒ ?
(2) Second petition    Yes ☐    No ☒ ?
(3) Third petition    Yes ☐    No ☒

(e) If you did not to the highest state court having jurisdiction, explain why you did not: my Attorney filed the motions and I assumed everything was done and final

12. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the <u>facts</u> support each ground.

<u>CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.</u>

**GROUND ONE:** extra page attatched.

a. Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim.): Speedy trial violation. I never waived my right to speedy trial
b. If you did not exhaust your state remedies on Ground One, explain why: I thought I had no other options
c. **Direct appeal of Ground One:**
  (1) If you appealed from the judgment of conviction, did you raise this issue? Yes ☐ No ☐
  (2) If you did <u>not</u> raise this issue in your direct appeal, explain why?
d. **Post-Conviction Proceedings:**
  (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?
  Yes ☐ No ☒
  (2) If your answer to Question (d)(1) is "yes," state:

4

   Type of motion or petition:
   Name and location of the court where the motion or petition was filed:
   Docket or case number (if you know):
   Date of the court's decision:
   Result (attach a copy of the court's opinion or order, if available):
   (3) Did you receive a hearing on your motion or petition? Yes ☐ No ☐
   (4) Did you appeal from the denial of your motion or petition? Yes ☐ No ☐
   (5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? Yes ☐ No ☐
   (6) If your answer to Question (d)(4) is "Yes," state:
       Name and location of the court where the appeal was filed:
       Docket or case number (if you know):
       Date of the court's decision:
       Result (attach a copy of the court's opinion or order, if available):
   (7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

e. **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc) that you have used to exhaust your state remedies on Ground One:

# GROUND TWO:

a. Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim.): A waiver may not be presumed from a silent record
b. If you did not exhaust your state remedies on Ground One, explain why: motion was denyed by court.
c. **Direct appeal of Ground Two:**
   (1) If you appealed from the judgment of conviction, did you raise this issue? Yes ☐ No ☐
   (2) If you did not raise this issue in your direct appeal, explain why?
d. **Post-Conviction Proceedings:**
   (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?
       Yes ☐ No ☒
   (2) If your answer to Question (d)(1) is "yes," state:
       Type of motion or petition:
       Name and location of the court where the motion or petition was filed:
       Docket or case number (if you know):
       Date of the court's decision:
       Result (attach a copy of the court's opinion or order, if available):
   (3) Did you receive a hearing on your motion or petition? Yes ☐ No ☐
   (4) Did you appeal from the denial of your motion or petition? Yes ☐ No ☐
   (5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? Yes ☐ No ☐
   (6) If your answer to Question (d)(4) is "Yes," state:
       Name and location of the court where the appeal was filed:
       Docket or case number (if you know):
       Date of the court's decision:
       Result (attach a copy of the court's opinion or order, if available):
   (7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

e. **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc) that you have used to exhaust your state remedies on Ground Two: Motion to Dismiss and a motion to reconsider motion to dismiss.

# GROUND THREE:

a. Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim.): I did not have a duty to bring myself to trial
b. If you did not exhaust your state remedies on Ground One, explain why:
c. **Direct appeal of Ground Three:**
   (1) If you appealed from the judgment of conviction, did you raise this issue? Yes ☐ No ☐
   (2) If you did not raise this issue in your direct appeal, explain why?
d. **Post-Conviction Proceedings:**
   (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?
       Yes ☐ No ☐
   (2) If your answer to Question (d)(1) is "yes," state:

5

        Type of motion or petition:
        Name and location of the court where the motion or petition was filed:
        Docket or case number (if you know):
        Date of the court's decision:
        Result (attach a copy of the court's opinion or order, if available):
    (3) Did you receive a hearing on your motion or petition? Yes ☐ No ☐
    (4) Did you appeal from the denial of your motion or petition? Yes ☐ No ☐
    (5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? Yes ☐ No ☐
    (6) If your answer to Question (d)(4) is "Yes," state:
        Name and location of the court where the appeal was filed:
        Docket or case number (if you know):
        Date of the court's decision:
        Result (attach a copy of the court's opinion or order, if available):
    (7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

  e. **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc) that you have used to exhaust your state remedies on Ground Three: *motion to Dismiss and a motion to reconsider motion to dismiss*

### GROUND FOUR:

  a. Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim.): *I was never told about the post confinement under 229.A or I would proceed differently.*
  b. If you did not exhaust your state remedies on Ground One, explain why:
  c. **Direct appeal of Ground Four:**
    (1) If you appealed from the judgment of conviction, did you raise this issue? Yes ☐ No ☐
    (2) If you did <u>not</u> raise this issue in your direct appeal, explain why?
  d. **Post-Conviction Proceedings:**
    (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court? Yes ☐ No ☐
    (2) If your answer to Question (d)(1) is "yes," state:
        Type of motion or petition:
        Name and location of the court where the motion or petition was filed:
        Docket or case number (if you know):
        Date of the court's decision:
        Result (attach a copy of the court's opinion or order, if available):
    (3) Did you receive a hearing on your motion or petition? Yes ☐ No ☐
    (4) Did you appeal from the denial of your motion or petition? Yes ☐ No ☐
    (5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? Yes ☐ No ☐
    (6) If your answer to Question (d)(4) is "Yes," state:
        Name and location of the court where the appeal was filed:
        Docket or case number (if you know):
        Date of the court's decision:
        Result (attach a copy of the court's opinion or order, if available):
    (7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

  e. **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc) that you have used to exhaust your state remedies on Ground Four:

13. Please answer these additional questions about the petition you are filing:
  (a) Have all grounds for relief that you have raised in this petition been presented to the highest sate court having jurisdiction? Yes ☐ No ☒
    If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them: *I did not know there was anything more to do*
  (b) Is there any ground in this petition that has not been presented in some state or federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them: *Same as (A)*

14. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition? Yes ☐ No ☒

6

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinion or order, if available.

15. Do you have any petition or appeal <u>now pending</u> (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging? Yes ☐   No ☒

    If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.

16. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

    (a) At preliminary hearing: Richard Phelps II  PO Box 152 Mingo IA 50168  641-363-4365

    (b) At arraignment and plea: Same

    (c) At trial:

    (d) At sentencing: Same

    (e) On appeal:

    (f) In any post-conviction proceeding:

    (g) On appeal from any ruling against you in a post-conviction proceeding:

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?
    Yes ☒   No ☐

    (a) If so, give name and location of court that imposed the other sentence you will serve in the future: Life Federal Supervision in Utah

    (b) Give the date the other sentence was imposed: 2006

    (c) Give the length of the other sentence: Life

    (d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future?
    Yes ☐   No ☒

18. TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

---

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:
  (1) A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of –
      (A) the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;
      (B) the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;
      (C) the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
      (D) the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.
  (2) The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

7

Therefore, petitioner asks that the Court grant the following relief:   or any other relief to which petitioner may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on         (month, date, year).

Executed (signed) on      (date). 06-30-2017
                                            07-14-2017

*Kirk Alan Swearingen* (signature)
Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition.

## IN FORMA PAUPERIS DECLARATION

_____
[Insert appropriate court]

*****

8

Kirk Swearingen 6372502
NCF
PO Box 218
Newton Iowa
50208

Clerk of US District Court
Southern Judicial District
123 E Walnut
PO Box 9344
Des Moines Iowa
50319



U.S. POSTAGE
ZIP 50208
02 4W
0000346650