IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| KIRK ALAN SWEARINGEN,<br>    Petitioner,<br><br>vs.<br><br>KRIS WEITZELL, Warden,<br>    Respondent. | No. 4:17-cv-00263-RGE<br><br><br><br><br>RESPONDENT'S<br>MOTION TO DISMISS |

Pursuant to 28 U.S.C. §§ 2244(d) and 2254, Rules 4 and 5 of the Rules Governing Section 2254 Cases in the United States District Courts, Respondent moves to dismiss on the following grounds:

1. The petition is barred by the AEDPA statute of limitations. 28 U.S.C. § 2244(d).

2. Petitioner has not properly exhausted his state-court remedies.

3. Respondent's brief in support of this motion explains the reasons for dismissal.

WHEREFORE, Respondent requests the petition be dismissed with prejudice.

Respectfully submitted,

THOMAS J. MILLER
Attorney General of Iowa

BENJAMIN M. PARROTT
Assistant Attorney General
Iowa Department of Justice
Hoover State Office Bldg., 2nd Fl.
Des Moines, Iowa  50319
Telephone: 515-281-5976
Fax: 515-281-4903
benjamin.parrott@iowa.gov
ATTORNEY FOR RESPONDENT(S)

Copy to:

Kirk Alan Swearingen
Newton Correctional Facility
PO Box 218
Newton, IA 50208

**Proof of Service**

The undersigned certifies that the foregoing instrument was served upon each of the persons identified as receiving a copy by delivery in the following manner on August 22, 2017.

☒U.S. Mail ☐Fax
☐Hand Delivery ☐Overnight Courier
☐Federal Express ☐Other
☐Electronically via CM/ECF

Signature: