# IN THE IOWA DISTRICT COURT FOR JASPER COUNTY

JASPER COUNTY IOWA

      vs.

Kirk Alan Swearingen     SS# 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
none     DOB 10/22/60
none

Docket Number _____

**COMPLAINT AND AFFIDAVIT**

The defendant is accused of the crime of **Sexual abuse in the 2nd degree (felony)** in violation of Section **709.1/709.3** of the Code of Iowa in that the defendant on or about _____ , (at approximately _____ o'clock____ . at **4957 Hwy S-74 S** in Jasper County, defendant did commit a sex act upon a person under the age of twelve

THEREFORE, Complainant requests that said Defendant, subject to bail or conditions of release where applicable.
(1) be arrested or that other lawful steps be taken to obtain Defendant's appearance in court; or
(2) Be detained, if already in custody, pending further proceedings;
and that said Defendant otherwise be dealt with according to law.

      Complainant _____  _50-24_
                                   Signature of Complainant

STATE OF IOWA, County of Jasper ss.      **AFFIDAVIT**

I, the undersigned, being duly sworn, state that the following facts known by me or told to me by other reliable persons form the basis for my belief that the defendant committed this crime.

During the course of an investigation by the Jasper County Sheriff's Office, a six year old person with the initials of J.W. gave a taped interview to Detective Steenhoek. J.W. stated that on numerous occasions this year that he was sexual abused by the defendant. The abuse took place in defendant's semi tractor, which was parked at the above listed residence south of Newton. J.W. states that defendant did fondle his penis and that he was forced to masturbate defendant. Defendant also forced J.W. to look at still pictures of naked men and boys. J.W. also stated that he was forced to pose to nude pictures.

                                         _____
                                           Signature of Affiant

Subscribed and sworn to before me by the person signing this Complaint (and affidavit) on this _Sept. 12th_ , _2001_

                                       _____
                                       Signature of Notary

MICHAEL BALMER
MY COMMISSION EXPIRES
9-11-2004

**NOTE: The defendant is to appear for arraignment at 9:00 A.M. on _____ 19___, in courtroom #303 of the Jasper County Courthouse in Newton, Iowa.**

# IN THE IOWA DISTRICT COURT FOR JASPER COUNTY

JASPER COUNTY IOWA

     vs.

**Kirk Alan Swearingen      SS# 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**
**none      DOB 10/22/60**
**none**

Docket Number _____

**COMPLAINT AND AFFIDAVIT**

The defendant is accused of the crime of **Sexual abuse in the 2nd degree (felony)** in violation of Section **709.1/709.3** of the Code of Iowa in that the defendant on or about _____ **,** (at approximately_____ o'clock____. at **4957 Hwy S-74 S** in Jasper County, defendant did **commit a sex act upon a person under the age of twelve**

THEREFORE, Complainant requests that said Defendant, subject to bail or conditions of release where applicable.
(1) be arrested or that other lawful steps be taken to obtain Defendant's appearance in court; or
(2) Be detained, if already in custody, pending further proceedings;
and that said Defendant otherwise be dealt with according to law.

                    Complainant _____
                                   Signature of Complainant

STATE OF IOWA, County of Jasper ss.        **AFFIDAVIT**

I, the undersigned, being duly sworn, state that the following facts known by me or told to me by other reliable persons form the basis for my belief that the defendant committed this crime.

During the course of an investigation by the Jasper County Sheriff's Office, an eight year old person with the initials of L.W. gave a taped interview to Detective Steenhoek. L.W. stated that on numerous occasions this year that he was sexual abused by the defendant. The abuse took place in defendant's semi tractor, which was parked at the above listed residence south of Newton. L.W. states that defendant did fondle his penis and that he was forced to masturbate defendant. Defendant also forced L.W. to look at still pictures and porno type movies of naked men and boys. L.W. also stated that he was forced to pose for nude pictures.

                                         _____
                                           Signature of Affiant

Subscribed and sworn to before me by the person signing this Complaint (and affidavit) on this _____ ;19 200/

                         _____
MY COMMISSION EXPIRES                            Signature of Notary
9-11-2004

NOTE: The defendant is to appear for arraignment at 9:00 A.M. on _____ 19____, in courtroom #303 of the Jasper County Courthouse in Newton, Iowa.



## IN THE IOWA DISTRICT COURT FOR JASPER COUNTY

| | | |
|---|---|---|
| STATE OF IOWA | : | |
| | : | CRIMINAL NO. FECR008097 |
| vs. | : | |
| | : | TRIAL INFORMATION |
| KIRK ALAN SWEARINGEN, | : | |
| Defendant. | : | |

## COUNT I

COMES NOW James Kivi as Prosecuting Attorney, and in the name and by the

authority of the State of Iowa accuses Kirk Alan Swearingen of the crime of Sexual
Th..l
Abuse in the Second Degree committed as follows:

The said Kirk Alan Swearingen, in 2001 in the County of Jasper and State of
by force or against the will of AB
Iowa did unlawfully and willfully commit a sex act upon AB, a person under the age of

twelve, in violation of sections 709.1 and 709.3 of the Iowa Criminal Code.
709.4(1)

## COUNT II

COMES NOW James Kivi as Prosecuting Attorney, and in the name and by the

authority of the State of Iowa accuses Kirk Alan Swearingen of the crime of Sexual

Abuse in the Second Degree committed as follows:

The said Kirk Alan Swearingen, in 2001 in the County of Jasper and State of

Iowa did unlawfully and willfully commit a sex act upon CD, a person under the age of

twelve, in violation of sections 709.1 and 709.3 of the Iowa Criminal Code.

A TRUE INFORMATION

Prosecuting Attorney

       I have made a full and careful investigation of the facts upon which this information is based and have determined under the authority of section 13.4 of the Code of Iowa and pursuant to rule 2.5(1) of the Rules of Criminal Procedure that a criminal prosecution is warranted in this matter.

James Kivi    AT0004290
Assistant Attorney General
P.O. Box 664
Montezuma, Iowa 50171
Tel:  641-623-3713
FAX (515) 281-4209

# IN THE IOWA DISTRICT COURT FOR JASPER COUNTY, *IMCC*

| | | |
|---|---|---|
| **STATE OF IOWA,** | 2009 MAR 23 PM 3: 45 | Docket Number: FECR - 008097 |
| | **PLAINTIFF,** | |
| **VS.** | JASPER COUNTY, IA<br>CLERK OF DISTRICT COURT | |
| **KIRK ALAN SWEARINGEN,** | | **JUDGMENT ENTRIES<br>FOLLOWING SENTENCING<br>HEARING** |
| | **DEFENDANT** | |

BE IT REMEMBERED that on the 18th day of February, 2009, a sentencing hearing was held in this contested case before the undersigned Judge.   Plaintiff appeared in open Court by James Kivi, Assistant Attorney General, and Defendant appeared in person and with his Attorney, Richard E.H. Phelps, II,   for sentencing either pursuant to notice duly given or waiver thereof by all parties after full advisements.

The Defendant then tendered a plea of guilty to the Court to Amended Count One, Sexual Abuse in the 3rd Degree, in violation of Iowa Code Section 709.4(1), a Class "C" Felony, and Count Two, Sexual Abuse in the 3rd Degree in violation of Iowa Code Section 709.4(1), a Class "C" Felony, pursuant to plea agreement.

The Court upon questioning the Defendant has determined that the Defendant understands his rights and the consequences of such plea of guilty; that said plea was knowingly, intelligently, and voluntarily made and that there is an adequate factual basis for said plea.  Accordingly, the Court has accepted said plea of guilty, finds the Defendant guilty of the crimes alleged, and hereby enters judgment of guilty thereupon.  On inquiry, no legal cause has been shown to prevent sentencing on this date.

The Defendant then knowingly and voluntarily waived time to sentencing and motion in arrest of judgment, and requested that he be sentenced immediately and further waived the use of a pre-sentence investigation in this criminal matter.  Such waivers were acknowledged by the Court and accepted.  The Court does order a post-sentence investigation be prepared.

Pursuant to the provisions of Iowa Code Chapter 907, the Court has considered the age of the Defendant; the Defendant's employment and family circumstances; and the nature of the offense committed.   The Court finds that maximum opportunity for the rehabilitation of the Defendant and the protection of the community from further offenses by the Defendant, based upon the recommendations of counsel and the facts as presented to the Court, which were duly considered by the Court, will be realized by the following judgments and orders.

IT IS, THEREFORE, HEREBY ORDERED that the Defendant is sentenced under Iowa Code Chapter 902 and is committed to the custody of the Director of the Iowa Department of Corrections for a term of imprisonment not to exceed ten (10) years for Count One, and not more than ten (10) years for Count Two.   Said terms of imprisonment shall run consecutively to each other.   The Defendant shall be transported by the Jasper County Sheriff to the United States Penitentiary, in Marion, Illinois to complete his federal sentence, upon completion thereof the Jasper County Sheriff

State v. Kirk Alan Swearingen   FECR - 8097
- 2 -

shall transport the Defendant the Iowa Medical and Classification Center, Oakdale, Iowa, to serve the remainder of sentence herein.

IT IS THE FURTHER ORDER OF THE COURT that the Defendant shall be placed on the sex offender registry pursuant to Iowa Code Section 692A.2 and shall remain registered for the duration of the special sentence imposed pursuant to Iowa Code Section 903B.1, and shall comply with the registry restrictions as provided for in Iowa Code Section 692A.2A. Defendant shall pay all fees associated with the registration process and must confirm his registration on an annual basis. Defendant shall provide a photograph of himself to the Sheriff's Office in the county of residence annually upon request, pursuant to Iowa Code Section 692A.4 and 692A.5.

IT IS THE FURTHER ORDER OF THE COURT that the Defendant is further sentenced to pay a fine in the sum of $1,000.00 , plus surcharge and all costs of the prosecution, for Count One, and a fine in the sum of $1, 000.00 plus surcharge and all costs of the prosecution for Count Three. Such fines are hereby suspended.

IT IS THE FURTHER ORDER OF THE COURT that the sentences imposed herein shall run concurrently to the Defendant's present federal sentence for possession of child pornography.

IT IS THE FURTHER ORDER OF THE COURT that the Defendant shall submit a sample of his DNA for DNA profiling pursuant to Iowa Code Section 81.2.

IT IS FURTHER THE ORDER OF THE COURT that any psychological, psychiatric or mental health testing, evaluation or services at county expense are not authorized and will not be paid by or through Jasper County, Iowa without a suitable prior needs assessment and prior written approval thereof by the Jasper County Central Point Coordinator.

Defendant is advised of the right to appeal this judgment and sentence and of the right to apply for appointment of appellate counsel and the furnishing of a transcript if unable to pay the appeal costs. Defendant is also advised of the necessity to comply with the statutory requirements of filing a notice of appeal.

Any appearance bond heretofore posted by the Defendant is hereby released and any sureties thereon exonerated. Defendant's obligation for payment of all costs of this action shall be continuing in nature as fees and claims are received by the Clerk and shall include, but not be limited to all restitution, (including repayment of all court-appointed attorney fees and expenses per Iowa Code Section 815.9), interpreter fees, deposition expenses, witness fees and mileage, expert witness fees and mileage, copy costs, all service of process costs and fees, any probation fees, mittimus or other writ fees and service fees in connection therewith, any incarceration expenses, etc., and judgment therefore is hereby entered, with the Clerk of this Court to assess the exact amount thereof on a continuing basis.

Defendant is not eligible for bond on appeal.

State v. Kirk Alan Swearingen    FECR - 8097
- 3 -


_____

JUDGE, Fifth Judicial District of Iowa

***Special Notice to the Defendant Relating to Federal Firearms/Ammunition Prohibitions:***
**The federal "Brady Bill",— Title 18, United States Code, Sections 922(g) & (n),— prohibits (for lifetime) persons in any of the following categories from possession of any firearm or ammunition:** *(1) persons under indictment for (charged with) or convicted of a crime punishable by imprisonment for more than one year; (2) persons who are fugitives from justice; (3) persons who are controlled substance users or addicts; (4) persons adjudicated mentally defective or involuntarily committed to a mental institution; (5) persons who are illegal aliens; (6) persons dishonorably discharged from the military; (7) U.S. citizens who have renounced their citizenship; (8) persons who are the subject of a protective court order; and (9) persons convicted of a crime where the underlying facts indicate domestic violence.*   **Violators risk substantial fines plus federal imprisonment of up to fifteen years.**


Copies to:

✓ James Kivi, Assistant Attorney General
✓ Richard E.H. Phelps, II
✓ Iowa Department of Corrections
✓ I.M.C.C.
✓ Jasper County Sheriff, (2 certified)